# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1534
_____

PHILLIP NIX,

    Appellant,

    v.

DAVID MORGAN, in his official
capacity as Sheriff, Escambia
County, Florida,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Terrance R. Ketchel, Judge.

August 14, 2024

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and ROWE and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Marie A. Mattox and Ashley Nicole Richardson of Marie A. Mattox, P.A., Tallahassee, for Appellant.

Robert E. Larkin III of Allen, Norton & Blue, P.A., Tallahassee, and Matthew David Stefany of Allen, Norton & Blue, P.A., Tampa, for Appellee.